**FILED**

**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    **08 C 351**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

EXHIBIT "1"

Page    1

| Statement Date | Account No. |
|---|---|
| 01/11/08 | JERRI |

**JACK TUCHTEN WHOLESALE PRODUCE, INC**
2404 SOUTH WOLCOTT UNIT 31
Chicago, IL 60608

Telephone 312/226-4536

Bill To :   JERRY'S CERTIFIED
4524 S. ASHLAND
CHICAGO, IL 60609
773-8471598 ARACELI / DULCE

# STATEMENT

Of Outstanding Invoices and Payments,
Posted through  01/11/08

| Transaction Date | Invoice No. | Description | Amount | Received Amount | Received Date | Balance |
|---|---|---|---|---|---|---|
| 10/08/07 | 58475 | | 1159.00 | | | 1159.00 |
| 10/12/07 | 59907 | | 1491.00 | | | 1491.00 |
| 10/15/07 | 60661 | | 910.00 | | | 910.00 |
| 10/19/07 | 62143 | | 1741.50 | | | 1741.50 |
| 10/22/07 | 62913 | | 946.00 | | | 946.00 |
| 10/22/07 | 63141 | | -39.00 | | | -39.00 |
| 10/22/07 | 63188 | | -154.00 | | | -154.00 |
| 10/26/07 | 64442 | | 1457.50 | | | 1457.50 |
| 10/26/07 | 64552 | | 175.00 | | | 175.00 |
| 10/29/07 | 65176 | | 1177.00 | | | 1177.00 |
| 11/02/07 | 66648 | | 1121.50 | | | 1121.50 |
| 11/02/07 | 66656 | | 148.00 | | | 148.00 |

| 0 - 10 | 11 - 17 | 18 - 30 | Over 30 | | | Total |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 10133.50 | | | 10133.50 |

**TERMS: NET 10 DAYS**

Customer Original