**FILED**

JANUARY 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH   **08 C 351**

JUDGE LEINENWEBER
MAGISTRATE JUDGE SCHENKIER

EXHIBIT "2"

Case 1:08-cv-00351   Document 1-3   Filed 01/16/2008   Page 1 of 13



# JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 10/08/07
Invoice: 58475

**JERRY'S CERTIFIED**    4524 S. ASHLAND CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | PINEAPPLE 5 CHIQUITA | 11.00 | 55.00 |
| 1 | | PEPPER, BANANA HOT | 16.00 | 16.00 |
| 2 | | KIWI, VOLUME FILL 42 MODULAR BU | 14.50 | 29.00 |

Page  2 of 2                    Total     1159.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

Salesmn: GH
Date: 10/12/07
Invoice: 59907

**JERRY'S CERTIFIED**     4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | PEACH, VOLUME FILL 60 PRIMA | 21.50 | 215.00 |
| 1 | | RED DELICIOUS, 100 NORDIC | 23.00 | 23.00 |
| 3 | | ORTANIQUE, AUSTRALIAN 48 RIVERSUN | 15.00 | 45.00 |
| 2 | | BOSC, 80 GRANDE ISL | 22.00 | 44.00 |
| 1 | | BARTLETT, 80 44#WRAP | 16.00 | 16.00 |
| 1 | | GRAPEFRUIT, RED 8/5# | 25.00 | 25.00 |
| 5 | | GREEN, GRAPE THOMPSON R.P | 21.50 | 107.50 |
| 15 | | CANTALOUPE, 9 SIZE JUMBO DEL-MONTE | 13.00 | 195.00 |
| 2 | | BROCCOLI CROWN, MAINE STAG | 15.00 | 30.00 |
| 25 | | TOMATILLO | 16.00 | 400.00 |
| 15 | | TOMATO ROMA, EXTRA LARGE DIVINE | 18.50 | 277.50 |
| 1 | | PEPPER YELLOW, EX-LARGE PAMPAC | 10.00 | 10.00 |

Page   1 of 2                                    (Continued)

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 10/15/07
Invoice: 60661

**JERRY'S CERTIFIED**    4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 4 | | GALA, 100 TROUT | 24.00 | 96.00 |
| 2 | | GOLDEN DELICIOUS, 64 BAKKER SUP | 20.00 | 40.00 |
| 1 | | LEMON, CHOICE 95 DON LUIS | 25.00 | 25.00 |
| 5 | | CABBAGE, GREEN MEDIUM VK | 11.50 | 57.50 |
| 3 | | TANGERINE, HONEY RIVERSUN | 25.00 | 75.00 |
| 5 | | GREEN, GRAPE THOMPSON R.P | 21.50 | 107.50 |
| 3 | | RED, GRAPE CRIMSON AIR CHIEF | 19.50 | 58.50 |
| 7 | | PEPPER, JALAPENO | 17.00 | 119.00 |
| 3 | | PEPPER, POBLANO | 17.00 | 51.00 |
| 6 | | PEACH, VOLUME FILL 72 SWEET VALU | 17.50 | 105.00 |
| 5 | | PINEAPPLE 5 CHIQUITA | 9.00 | 45.00 |
| 1 | | CELERY, SLEEVED 30 FOXY | 14.00 | 14.00 |

Page   1 of 2                                    (Continued)



*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatsoever nature must be made immediately upon receipt of goods.  Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 10/19/07
Invoice: 62143

**JERRY'S CERTIFIED**    4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 6 | | PEPPER, JALAPENO CRATE | 17.00 | 102.00 |
| 3 | | BROCCOLI CROWN, MAINE STAG | 15.00 | 45.00 |
| 1 | | LEMON, CHOICE 95 LENNY BABY | 22.00 | 22.00 |
| 5 | | ORANGE CA, FANCY NAVEL 56 AIR CHIEF | 22.00 | 110.00 |
| 3 | | GALA, 100 TROUT | 24.00 | 72.00 |
| 25 | | TOMATO, 5X6 FLAVORRIPE | 18.00 | 450.00 |
| 15 | | TOMATO ROMA, EXTRA LARGE DORANTES | 16.00 | 240.00 |
| 5 | | GREEN, GRAPE THOMPSON AIR CHIEF | 22.50 | 112.50 |
| 5 | | RED, GRAPE CRIMSON AIR CHIEF | 19.50 | 97.50 |
| 5 | | CABBAGE, GREEN MEDIUM | 10.00 | 50.00 |
| 2 | | RADISH, BUNCH BROWN BOX | 13.00 | 26.00 |
| 8 | | CANTALOUPE, 9 SIZE | 15.00 | 120.00 |

Page  1 of 2    (Continued)

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536　　FAX: 312/226-7796

Salesmn: GH
Date: 10/22/07
Invoice: 62913

**JERRY'S CERTIFIED**　　4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 2 | | POMMEGRANITE 34 Z&S | 20.00 | 40.00 |
| 7 | | PEACH, TRAY PACK 42 RICH PAK | 22.00 | 154.00 |
| 5 | | RED, PLUM 40 CROWN JEWL | 23.00 | 115.00 |
| 1 | | GALA, 100 TROUT | 24.00 | 24.00 |
| 1 | | GOLDEN DELICIOUS, 100 TROUT | 24.00 | 24.00 |
| 2 | | GRAPEFRUIT, RED 32 RIVER PRID | 24.50 | 49.00 |
| 3 | | ORANGE, MIDKNIGHT 48 NAT.TRIUMP | 18.50 | 55.50 |
| 3 | | RED, GRAPE CRIMSON AIR CHIEF | 19.50 | 58.50 |
| 3 | | GREEN, GRAPE THOMPSON AIR CHIEF | 22.50 | 67.50 |
| 3 | | BROCCOLI CROWN, MAINE STAG | 16.00 | 48.00 |
| 2 | | SWEET POTATO, COMBO | 11.50 | 23.00 |
| 1 | | RADISH, BUNCH BROWN BOX | 13.00 | 13.00 |

OK Sol Credit # 63188

Page 1 of 2　　(Continued)

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of those commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Date: 10/22/07

Credit: 63141

**JERRY'S CERTIFIED**    4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | Description | Price | Amount |
|---|---|---|---|
| -3 | CUCUMBER, LARGE FRESH VEGE | 13.00 | -39.00 |

Page  1 of 1                                    Total        -39.00

Original Invoice#: 62143  Date: 10/19/07

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Date: 10/22/07   Credit: 63188

**JERRY'S CERTIFIED**   4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | Description | Price | Amount |
|---|---|---|---|
| -7 | PEACH, TRAY PACK 42 RICH PAK | 22.00 | -154.00 |

Page  1 of 1                                    Total    -154.00

Original Invoice#: 62913  Date: 10/22/07

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.

# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: ZI
Date: 10/26/07
Invoice: 64442

**JERRY'S CERTIFIED**      4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 30 | | TOMATO ROMA, JUMBO AIRCHIEF | 13.50 | 405.00 |
| 7 | | GALA, 100 TROUT | 27.00 | 189.00 |
| 1 | | GOLDEN DELICIOUS, 64 TROUT | 22.50 | 22.50 |
| 1 | | GOLDEN DELICIOUS, 100 TROUT | 24.00 | 24.00 |
| 6 | | ORANGE, MIDKNIGHT 56 | 18.50 | 111.00 |
| 3 | | RED, GRAPE CRIMSON AIR CHIEF | 19.50 | 58.50 |
| 3 | | GREEN, GRAPE THOMPSON AIR CHIEF | 22.50 | 67.50 |
| 2 | | PEPPER GREEN, MEDIUM DR WALCHER | 10.00 | 20.00 |
| 2 | | PEPPER YELLOW, MED 11# KAPITAL | 10.50 | 21.00 |
| 1 | | BEAN, GREEN | 16.50 | 16.50 |
| 2 | | RADISH, BUNCH | 13.00 | 26.00 |
| 2 | | KIWI, VOLUME FILL 42 MODULAR | 15.00 | 30.00 |

Page   1 of 2    (continued)

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

Salesmn: GH
Date: 10/26/07
Invoice: 64552

**JERRY'S CERTIFIED**     4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | ORANGE CA, FANCY NAVEL 88 Z&S | 17.50 | 175.00 |



Page  1 of 1                                    Total      175.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.





# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 10/29/07
Invoice: 65176

**JERRY'S CERTIFIED**   4524 S. ASHLAND  CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | GALA, 100 TROUT | 27.00 | 135.00 |
| 10 | | TOMATO VINE RIPE, 5X6 25# KALIROY | 17.00 | 170.00 |
| 20 | | TOMATO ROMA, JUMBO AIRCHIEF | 14.00 | 280.00 |
| 2 | | GLOBE, RED GRAPE DELMONTE | 14.00 | 28.00 |
| 2 | | GREEN, GRAPE THOMPSON AIR CHIEF | 22.50 | 45.00 |
| 2 | | D'ANJOU, 70 TROUT | 29.00 | 58.00 |
| 2 | | BOSC, 80 GRANDE ISL | 16.00 | 32.00 |
| 5 | | ORANGE CA, FANCY NAVEL 88 Z&S | 17.50 | 87.50 |
| 2 | | RADISH, BUNCH TOPLESS | 16.00 | 32.00 |
| 2 | | CABBAGE, GREEN MEDIUM VK | 11.00 | 22.00 |
| 5 | | CUCUMBER CARTON, 24 TRICAR | 8.00 | 40.00 |
| 1 | | PEPPER GREEN, JUMBO OCEANO | 14.50 | 14.50 |

Page    1 of 2                                    (Continued)

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 11/02/07
Invoice: 66648-A

**JERRY'S CERTIFIED**    4524 S. ASHLAND CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 15 | | TOMATO, 5X6 HIGHLAND R | 17.00 | 255.00 |
| 3 | | CANTALOUPE, 12 SIZE DELMONTE | 24.00 | 72.00 |
| 5 | | GALA, 100 TROUT | 26.50 | 132.50 |
| 1 | | GOLDEN DELICIOUS, 64 TROUT | 21.50 | 21.50 |
| 1 | | RED DELICIOUS, 64 TROUT | 22.50 | 22.50 |
| 5 | | ORANGE, MIDKNIGHT 56 | 18.00 | 90.00 |
| 5 | | ORANGE CA, FANCY NAVEL 88 Z&S | 16.00 | 80.00 |
| 3 | | RED, GRAPE CRIMSON AIR CHIEF | 19.50 | 58.50 |
| 3 | | GLOBE, RED GRAPES M&V | 22.50 | 67.50 |
| 1 | | BEAN, GREEN CRATE | 28.00 | 28.00 |
| 1 | | PARSLEY, ITALIAN /FLAT 60CT BENGARD | 14.00 | 14.00 |
| 5 | | CABBAGE, SPROUTS VK | 11.00 | 55.00 |

Page   1 of 2                                  (Continued)

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: GH
Date: 11/02/07
Invoice: 66656

**JERRY'S CERTIFIED**    4524 S. ASHLAND CHICAGO, IL 60609

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | PINEAPPLE 6 LATINA FRH | 9.00 | 45.00 |
| 2 | | RADISH, BUNCH TOPLESS | 17.00 | 34.00 |
| 6 | | SWEET POTATO, COMBO | 11.50 | 69.00 |

Page  1 of 1    Total    148.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.