**JUDGE'S COPY**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**   **08 C 351**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

**EXHIBIT "3"**


OK ✓ WK-terms
$7000

# JACK TUCHTEN WHOLESALE PRODUCE INC.
## 59-61 SO. WATERMARKET ST. CHICAGO, IL 60608
### PHONE: 312-226-4536   FAX: 312-226-7796

We request your cooperation in completing and returning this form to us as soon as possible. No credit will be extended unless all questions are answered and the form is signed by a principal or officer of the company.

NAME __Jerry's Certified__
STREET ADDRESS __4524 S. Ashland__
CITY __Chicago__   STATE __Ill__   PHONE __773-847-7044__   ZIP CODE __60609__
BILLING ADDRESS IF DIFFERENT FROM ABOVE

**NAME AND TITLE OF PRINCIPALS**
__Jaime Linares__

**NAME OF BUYERS**
__Jaime Linares__
__Manuel Flores__

**TRADE REFERENCES**

Complete Name __Anthony Marano__
Phone __312-829-5055__
Street Agrees __1501 S. Blue Island__   Murphy
City __Chicago__   $400
State __Ill__

**BANK REFERENCE**
Bank Name __Metropolitan Bank__
Phone __773-890-0661__
Street Adr. __4050 S. Archer Ave.__
City __Chicago__
State __Ill__
Account # __387200 40__

Complete Name __Banner Wholesale Grocers__
Phone __312-421-2650__
Street Agrees __115 S. Water Market__
City __Chicago__
State __Ill__

Complete Name __Enriquez Produce__   7-10 DAYS
Phone __773-843-9141__
Street Agrees __2444 S. Blue Island__   $2000
City __Chicago__
State __Ill__

I (Applicant) certify that to the best of my knowledge all information provided above is correct. I hereby authorize Jack Tuchten Produce to contact and obtain credit information from any and all references provided herein, Applicant agrees to pay all cost and expenses, including attorney's fees, incurred by Jack Tuchten in collecting any debt owed to it by applicant.

SIGNED __[signature]__   TITLE __Secretary__   DATE __6/27/98__
(Sister)