## United States District Court for the Northern District of Illinois

Case Number: 08CV351              Assigned/Issued By: J. N.

Judge Name: LEINENWEBER        Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00

　　　　　　　　[ ] IFP          [ ] No Fee       [ ] Other _____

　　　　　　　　[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                             Receipt #: 2468163

Date Payment Rec'd: 1-16-08                  Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
　　　　　　　　　　　　　　　　　　　　　　 _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
　　　　　(Type of Writ)

2  Original and  0  copies on  1-16-08  as to  DEFENDANTS
　　　　　　　　　　　　　　　　　(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05