IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACK TUCHTEN WHOLESALE PRODUCE, INC.   :
:
    Plaintiff   :
:
v.   :Civil No: 08 C 351
:Judge Leinenweber
JERRY'S CERTIFIED FOOD, INC., and   :Mag. Judge Schenkier
JAIME LINARES,   :
:
    Defendants   :

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Jack Tuchten Wholesale Produce, Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 16th day of January, 2008        Respectfully submitted,

McCARRON & DIESS        LAW OFFICES OF WILLIAM B. KOHN

By:s/ Mary Jean Fassett        By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552        William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.        150 N. Wacker Drive
    Suite 310        Suite 1400
    Washington, DC 20016        Chicago, Illinois 60606
    (202) 364-0400        (312) 553-1200

                Attorneys for Plaintiff