AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JACK TUCHTEN WHOLESALE PRODUCE, INC.

v.

JERRY'S CERTIFIED FOOD, INC., et al.

CASE NUMBER: **08 C 351**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

JERRY'S CERTIFIED FOOD, INC.
SERVE: Daniel H. Brown
Registered Agent
53 W. Jackson Blvd., Suite 703
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
Law Office of William B. Kohn
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1200

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Paula Harrison_
(By) DEPUTY CLERK

January 16, 2008
Date

08 C 351

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | Jan 17, 2008 |
| NAME OF SERVER *(PRINT)* Jerry Brown | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: <u>Jerry's Certified Food, Inc.-</u> <u>Daniel H. Brown Registered Agent was served at 53 W. Jackson</u> <u>Chicago, Il. at 1:35p.m.</u>

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 17, 2008            *Jerry Brown* (signature)
                Date                  Signature of Server

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.