AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JACK TUCHTEN WHOLESALE PRODUCE, INC.

V.

JERRY'S CERTIFIED FOOD, INC., et al.

CASE NUMBER: 08 C 351

ASSIGNED JUDGE: Leinenweber

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Jaime Linares
48 Hamilton
Oak Brook, Illinois 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
Law Offices of William B. Kohn
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1200

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

/s/ Paula Harrison
(By) DEPUTY CLERK

January 16, 2008
Date

08 C 351

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  Jan 18, 2008 |
| NAME OF SERVER *(PRINT)*  Jeff Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: <u>Jaime Linares was served at 4524 S. Ashland, Chicago, Il. at 9:25a.m.</u>

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 18, 2008
             Date

Signature of Server: *Jeff Brown*

9030 Lamon, Skokie, Il. 60077
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.