**EXHIBIT 1**

Case 1:08-cv-00351   Document 10-3   Filed 01/24/2008   Page 1 of 2

**PACA TRUST CHART**

| Claimant: | Mandolini Co. | | | | | Debtor: | Jerry's Certified Food, Inc. | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 01/21/08 | | | | | Terms: | Net 10 + 1.5% per month + Collection Costs | | |

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | CURRENT BALANCE | ACCRUED INTEREST* | TRANSACTION TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 606224 | 07/23/07 | 08/02/07 | 07/23/07 | 0 | $ 278.00 | $ 31.00 | $ 2.90 | $33.90 | $ 33.90 |
| 607314 | 07/27/07 | 08/06/07 | 07/27/07 | 0 | $ 298.00 | $ 298.00 | $ 23.03 | $321.03 | $ 321.03 |
| 607315 | 07/27/07 | 08/06/07 | 07/27/07 | 0 | $ 24.50 | $ 24.50 | $ 1.89 | $26.39 | $ 26.39 |
| 607628 | 07/30/07 | 08/09/07 | 07/30/07 | 0 | $ 238.00 | $ 238.00 | $ 18.39 | $256.39 | $ 256.39 |
| 607629 | 07/30/07 | 08/09/07 | 07/30/07 | 0 | $ 89.00 | $ 89.00 | $ 6.88 | $95.88 | $ 95.88 |
| 608617 | 08/03/07 | 08/13/07 | 08/03/07 | 0 | $ 370.00 | $ 370.00 | $ 28.60 | $398.60 | $ 398.60 |
| 608618 | 08/03/07 | 08/13/07 | 08/03/07 | 0 | $ 23.50 | $ 23.50 | $ 1.82 | $25.32 | $ 25.32 |
| 609010 | 08/06/07 | 08/16/07 | 08/06/07 | 0 | $ 350.50 | $ 350.50 | $ 27.09 | $377.59 | $ 377.59 |
| 609011 | 08/06/07 | 08/16/07 | 08/06/07 | 0 | $ 155.00 | $ 155.00 | $ 11.98 | $166.98 | $ 166.98 |
| 610124 | 08/10/07 | 08/20/07 | 08/10/07 | 0 | $ 586.00 | $ 586.00 | $ 45.29 | $631.29 | $ 631.29 |
| 610125 | 08/10/07 | 08/20/07 | 08/10/07 | 0 | $ 63.00 | $ 63.00 | $ 4.87 | $67.87 | $ 67.87 |
| 610422 | 08/13/07 | 08/23/07 | 08/13/07 | 0 | $ 304.00 | $ 304.00 | $ 23.49 | $327.49 | $ 327.49 |
| 610423 | 08/13/07 | 08/23/07 | 08/13/07 | 0 | $ 25.00 | $ 25.00 | $ 1.93 | $26.93 | $ 26.93 |
| 611422 | 08/17/07 | 08/27/07 | 08/17/07 | 0 | $ 510.00 | $ 510.00 | $ 39.41 | $549.41 | $ 549.41 |
| 611824 | 08/20/07 | 08/30/07 | 08/20/07 | 0 | $ 261.50 | $ 261.50 | $ 20.21 | $281.71 | $ 281.71 |
| 612830 | 08/24/07 | 09/03/07 | 08/24/07 | 0 | $ 389.00 | $ 389.00 | $ 30.06 | $419.06 | $ 419.06 |
| 612831 | 08/24/07 | 09/03/07 | 08/24/07 | 0 | $ 96.00 | $ 96.00 | $ 7.42 | $103.42 | $ 103.42 |
| 613127 | 08/27/07 | 09/06/07 | 08/27/07 | 0 | $ 345.00 | $ 345.00 | $ 21.17 | $366.17 | $ 366.17 |
| 613129 | 08/27/07 | 09/06/07 | 08/27/07 | 0 | $ 18.00 | $ 18.00 | $ 1.10 | $19.10 | $ 19.10 |
| 614149 | 08/31/07 | 09/10/07 | 08/31/07 | 0 | $ 408.00 | $ 408.00 | $ 25.04 | $433.04 | $ 433.04 |
| 614802 | 09/04/07 | 09/14/07 | 09/04/07 | 0 | $ 67.50 | $ 67.50 | $ 4.14 | $71.64 | $ 71.64 |
| 614835 | 09/05/07 | 09/15/07 | 09/05/07 | 0 | $ 420.50 | $ 420.50 | $ 25.80 | $446.30 | $ 446.30 |
| 615606 | 09/07/07 | 09/17/07 | 09/07/07 | 0 | $ 350.50 | $ 350.50 | $ 21.51 | $372.01 | $ 372.01 |
| 615607 | 09/07/07 | 09/17/07 | 09/07/07 | 0 | $ 171.00 | $ 171.00 | $ 10.49 | $181.49 | $ 181.49 |
| 615926 | 09/10/07 | 09/20/07 | 09/10/07 | 0 | $ 309.50 | $ 309.50 | $ 18.99 | $328.49 | $ 328.49 |
| 615927 | 09/10/07 | 09/20/07 | 09/10/07 | 0 | $ 100.00 | $ 100.00 | $ 6.14 | $106.14 | $ 106.14 |
| 617202 | 09/14/07 | 09/24/07 | 09/14/07 | 0 | $ 243.50 | $ 243.50 | $ 14.94 | $258.44 | $ 258.44 |
| 617203 | 09/14/07 | 09/24/07 | 09/14/07 | 0 | $ 97.00 | $ 97.00 | $ 5.95 | $102.95 | $ 102.95 |
| 617602 | 09/17/07 | 09/27/07 | 09/17/07 | 0 | $ 365.50 | $ 365.50 | $ 22.43 | $387.93 | $ 387.93 |
| 618709 | 09/21/07 | 10/01/07 | 09/21/07 | 0 | $ 368.00 | $ 368.00 | $ 22.58 | $390.58 | $ 390.58 |
| 619101 | 09/24/07 | 10/04/07 | 09/24/07 | 0 | $ 395.00 | $ 395.00 | $ 18.04 | $413.04 | $ 413.04 |
| 620243 | 09/28/07 | 10/08/07 | 09/28/07 | 0 | $ 270.50 | $ 270.50 | $ 12.36 | $282.86 | $282.86 |
| 920244 | 09/28/07 | 10/08/07 | 09/28/07 | 0 | $ 101.00 | $ 101.00 | $ 4.61 | $105.61 | $ 105.61 |
| Collection costs | | | | | | | | $5,000.00 | $5,000.00 |
| **TOTALS** | | | | | $ 8,091.50 | $ 7,844.50 | $ 530.57 | $ 13,375.07 | $ 13,375.07 |

*Interest calculated through the date set forth above
**Collection costs include estimated attorneys' fees.