# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC.<br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>JERRY'S CERTIFIED FOOD, INC. and<br>JAIME LINARES,<br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)  Case No. 08 C 351<br>)<br>)  Judge Leinenweber<br>)<br>)  Magistrate Judge Schenkier |
| MANDOLINI COMPANY, INC., an Illinois Corporation<br>　　　　　　　　　　　Intervening Plaintiff,<br>　v.<br><br>JERRY'S CERTIFIED FOOD, INC. and<br>JAIME LINARES, individually,<br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:

Please take notice that on **January 29, 2008** at **9:30 a.m.,** I shall appear before Judge Leinenweber, or whoever is presiding in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division located at 219 S. Dearborn Chicago, Illinois 60604, in **Courtroom 1941,** and present then and there the attached **Unopposed Motion of Mandolini Company, Inc. for Leave to Intervene,** and **Memorandum of Law in Support.**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　s/ Gretchen Wehrenberg Stewart
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant

　　　　　　　　　　　　　　　　　　　Gretchen Wehrenberg Stewart, Esq.
　　　　　　　　　　　　　　　　　　　ADELMAN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　1901 N. Roselle Rd., Ste. 800
　　　　　　　　　　　　　　　　　　　Schaumburg, Illinois 60195
　　　　　　　　　　　　　　　　　　　Tel: 847/301-4341
　　　　　　　　　　　　　　　　　　　stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

      Copies of the foregoing Notice and attached pleadings were filed electronically this 24th day of January, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, copies of the Notice and pleadings were sent via U.S. mail, postage pre-paid to the following parties:

Jerry's Certified Food, Inc.
4524 S. Ashland Ave.
Chicago, IL

Jaime Linares
48 Hamilton Lane
Oakbrook, IL 60521

                                      s/ Gretchen Wehrenberg Stewart
                                      Gretchen Wehrenberg Stewart, Esq.