# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 351 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Jack Tuchten Wholesale Produce Inc. Vs. Jerry's Certified Food, Inc., et al | | |

**DOCKET ENTRY TEXT**

The Unopposed Motion of Mandolini company, Inc. For leave to intervene as plaintiff pursuant to Rule 24 is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|