AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS    **SUMMONS IN A CIVIL CASE**

Jack Tuchten Wholesale Produce, Inc., et al.

CASE NUMBER: 08 C 351

V.

ASSIGNED JUDGE: Leinenweber

Jerry's Certified Foods, Inc., et al.

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Jerry's Certified Foods, Inc.
Daniel H. Brown, Registered Agent
53 W. Jackson Blvd, Ste. 703
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

January 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  7 Feb 2008 |
| NAME OF SERVER (PRINT)  Michael Schaefer | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 53 W Jackson #703 Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 26 | | 6800 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 Feb 2008
Date

Signature of Server

Address of Server: 1950 East Pnewd Lane, Schaumburg, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED: 2/5/08
CASE NUMBER: 08C351
COURT: US Dist Ct
TYPE OF SERVICE: Summons / Complaint
HEARING DATE: 
NAME: Jerry Centrihubfus

PLAINTIFF: Jack Tuchten
VS. Wholesale Produce
DEFENDANT: Jerry Centrhelo Fwo Inc et al

SERVICE ADDRESS: 53 W Jackson, Chicago
UNIT: 703  DATE: 2/7/08  TIME: 10:44 am
COUNTY OF: Cook  ILLINOIS

ATTORNEY OR FIRM: Onetha Stewart
ADDRESS: 1901 N Roselle Rd, Schaumburg, ILLINOIS

___ INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

X CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO Daniel H Brown AS Registered Agent OF SAID Jerry Centrhelo Food AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male White 5'10 210 lbs Brown/Grey Hair Early 60's

SIGNED AND SWORN TO (OR AFFIRMED) BY: _____

BEFORE ME, THIS ___ DAY OF ___
NOTARY PUBLIC

SEAL

MILEAGE: 26
TOLLS: 40
COST:
FEE FOR SERVICE: 60.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____