AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jack Tuchten Wholesale Produce, Inc., et al.

CASE NUMBER: 08 C 351

V.

ASSIGNED JUDGE: Leinenweber

Jerry's Certified Foods, Inc., et al.

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Jaime Linares
4524 S. Ashland Ave.   or   48 Hamilton Lane
Chicago, IL 60609        Oakbrook, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**

**January 30, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6th FEB 2008 |
| NAME OF SERVER (PRINT)  Michael Schaefer | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4524 S Ashland Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  34 | SERVICES | TOTAL  68<u>oo</u> |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/6/08
Date

Signature of Server

1950 East Armour Ln
Schaumburg IL
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES

## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 2/5/08

CASE NUMBER 08C 351
COURT U.S. Dist

TYPE OF SERVICE Summons Complaint

PLAINTIFF Jack Tuchten
vs. Wholesale Produce
DEFENDANT
Jerry Certified Foods
Et al

HEARING DATE _____
NAME Jaime Linares
SERVICE ADDRESS 4524 S Ashland Chicago
UNIT ____ DATE 2/6/08 TIME 9:41 am
COUNTY OF Cook ILLINOIS

ATTORNEY OR FIRM Gretchen Stewart
ADDRESS 1901 N Roselle Rd
Schaumburg ILLINOIS

**X** INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON ____ AT ____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____ OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male Hispanic 59 200 Black hair m/s 40

SIGNED AND SWORN TO (OR AFFIRMED) BY:

BEFORE ME, THIS ____ DAY OF ____
NOTARY PUBLIC

SEAL

MILEAGE 34
TOLLS ____
COST ____
FEE FOR SERVICE 65.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____

1450 EAST AMERICAN LANE · SUITE 1400 · SCHAUMBURG, ILLINOIS · 60173
PHONE: (847) 619-5148