UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC. <br> Plaintiff, <br> v. <br><br> JERRY'S CERTIFIED FOOD, INC. and <br> JAIME LINARES, <br> Defendants. <br><br> MANDOLINI COMPANY, INC., an Illinois Corporation <br> Intervening Plaintiff, <br> v. <br><br> JERRY'S CERTIFIED FOOD, INC. and <br> JAIME LINARES, individually, <br> Defendants. | Case No. 08 C 351 <br><br> Judge Leinenweber <br><br> Magistrate Judge Schenkier |

## NOTICE OF DISMISSAL

Intervening Plaintiff Mandolini Company, Inc., pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice all claims against Defendants Jerry's Certified Food, Inc. and Jaime Linares, individually, pursuant to settlement between the parties.

Respectfully submitted,

MANDOLINI COMPANY, INC.

By:  s/ Gretchen Wehrenberg Stewart
Attorney for Movant

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Rd., Ste. 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
stewart@pacaenforcer.com