# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC. ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08 C 351 |
| JERRY'S CERTIFIED FOOD, INC. and ) | |
| JAIME LINARES, ) | Judge Leinenweber |
| Defendants. ) | |
| ) | Magistrate Judge Schenkier |
| MANDOLINI COMPANY, INC., an Illinois Corporation ) | |
| Intervening Plaintiff, ) | |
| v. ) | |
| ) | |
| JERRY'S CERTIFIED FOOD, INC. and ) | |
| JAIME LINARES, individually, ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Jerry's Certified Food, Inc.        Jaime Linares
      4524 S. Ashland Ave.                48 Hamilton Lane
      Chicago, IL 60609                   Oakbrook, IL 60521

Please take notice that on March 3, 2008, I caused to be filed with the clerk for the United States District Court for the Northern District of Illinois, Eastern Division, the attached Notice of Dismissal.

Respectfully submitted,

MANDOLINI COMPANY, INC.

By:   s/ Gretchen Wehrenberg Stewart
         Attorney for Movant

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Rd., Ste. 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

      Copies of the foregoing Notice and attached pleadings were filed electronically this 3rd day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, copies of the Notice and pleadings were sent via U.S. mail, postage pre-paid to the following parties:

Jerry's Certified Food, Inc.
4524 S. Ashland Ave.
Chicago, IL 60609

Jaime Linares
48 Hamilton Lane
Oakbrook, IL 60521

                                              s/ Gretchen Wehrenberg Stewart
                                              Gretchen Wehrenberg Stewart, Esq.