IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil No: 08 C 351 |
| : | Judge Leinenweber |
| JERRY'S CERTIFIED FOOD, INC., and : | Mag. Judge Schenkier |
| JAIME LINARES, : | |
| : | |
| Defendants : | |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT INSTANTER

Plaintiff, Jack Tuchten Wholesale Produce, Inc. ("Tuchten"), requests the Court to enter a judgment by default in favor of Tuchten and against defendants, Jerry's Certified Food, Inc. ("Jerry's") and Jaime Linares ("Linares"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, in favor of Tuchten, for contract interest incurred of $471.61, and attorneys fees and costs of $3,864.00, for a total of $4,335.61.

In support of its motion, Plaintiff relies upon the Affidavits of Service filed herein on January 21, 2008, the Affidavit of Dawn E. Arkin, the Affidavits of Counsel, and the Memorandum in Support submitted herewith.

The grounds for Plaintiff's motion are as follows:

1. On January 16, 2008, Plaintiff filed its complaint against defendants Jerry's and Linares. Defendants were served with the complaint and summons on January 17, 2008 [docket entries 8 & 9].

2. In the complaint, Plaintiff seeks entry of a judgment against defendants for failure to make payment to plaintiff from the statutory trust established under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c) ("PACA").

3. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, defendants had twenty (20) days after service of the complaint within which to answer, file any pleading, or otherwise move with respect to the complaint.

4. In February, 2008, Defendants paid the principal balance claimed due and owing to Plaintiff, but have failed and refused to pay the accrued contract interest or attorney's fees incurred. Defendants have failed to answer, file or serve any pleadings, or otherwise move in response to the complaint within the time during which defendants were to answer or otherwise plead.

5. Upon information and belief, defendant Jaime Linares is not an infant or incompetent person and is not in the military service of the United States.

6. As explained in the Memorandum in Support filed herewith, Plaintiff is entitled to an award of contract interest and an award of reasonable attorney fees against defendants.

WHEREFORE, based on the foregoing, Plaintiff requests the entry of a default judgment in favor of Plaintiff and against defendants, Jerry's Certified Food, Inc., and Jaime Linares, for accrued contract interest of $471.61, and attorneys fees and costs of $3,864.00, incurred in bringing this action and collecting the principal balance due from defendants, for a total of $4,335.61.

Dated this 4th day of March, 2008.

|  |  |
|---|---|
| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
| By:s/ Mary Jean Fassett | By:s/ William B. Kohn |
| Mary Jean Fassett, ID#9078552 | William B. Kohn |
| 4900 Massachusetts Ave., N.W. | 150 N. Wacker Drive |
| Suite 310 | Suite 1400 |
| Washington, DC 20016 | Chicago, Illinois 60606 |
| Tel. (202) 364-0400 | Tel. (312) 553-1200 |
| Fax (202) 364-2731 | Fax (312) 553-1733 |
| mjf@mccarronlaw.com | kohn@wbkohnlaw.com |
|  | Attorneys for Plaintiff |

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion for Entry of Default Judgment Instanter, Memorandum in Support, Affidavit of Dawn E. Arkin William B. Kohn, and Mary Jean Fassett, with exhibits, and proposed Default Judgment were served this 4th day of March, 2008, via overnight delivery to the following:

Jerry's Certified Food, Inc.
c/o Daniel H. Brown, Registered Agent
53 W. Jackson Boulevard, Suite 703
Chicago, Illinois 60604

Jaime Linares
48 Hamilton
Oak Brook, Illinois 60521

                                                  s/ Mary Jean Fassett
                                                  Mary Jean Fassett