UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACK TUCHTEN WHOLESALE PRODUCE, INC.    :
    :
        Plaintiff    :
    :
    v.    :Civil No: 08 C 351
    :Judge Leinenweber
JERRY'S CERTIFIED FOOD, INC., and    :Mag. Judge Schenkier
JAIME LINARES,    :
    :
        Defendants    :

**AFFIDAVIT OF MARY JEAN FASSETT IN SUPPORT
OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**

Mary Jean Fassett, one of the attorneys for Plaintiff, Jack Tuchten Wholesale Produce, Inc., submits the following affidavit in support of Plaintiff's request for attorneys' fees:

1.    I was originally admitted to practice in the Commonwealth of Virginia in 1987. I have been admitted to practice before several U.S. District Court bars, including this Court in 2003. I have practiced commercial and other civil litigation continuously since my admission, and have since 1994 concentrated my practice in matters related to The Perishable Agricultural Commodities Act ("PACA").

2.    I am a member of the Washington, D.C. firm or McCarron & Diess, which concentrates its practice in PACA matters, and have performed all work noted on the attached billing statement myself. My standard billing rate is currently $300.00 per hour, but as a courtesy to Plaintiff, my billing rate in this matter has been reduced to $285.00 per hour. I am familiar with the rates charged by other attorneys of similar practice areas and tenure, and

believe $285.00 per hour to be a fair and reasonable rate to award attorneys of my specialty and tenure for the type of work I performed in this matter.

3.     Louis W. Diess, III, a member of the bar since 1992 and PACA litigator since 1993, prepared the initial demand letter to defendants in this matter. Mr. Diess' standard billing rate is currently $300.00 per hour, and his hourly rate in this matter is a fair and reasonable rate .

4.     I have reviewed my files and time records for this matter, and confirm that the attached billing statements (Exhibit 1 hereto) are true and accurate accounts of time spent by McCarron & Diess in this action as PACA counsel for Jack Tuchten Wholesale Produce, Inc. from December, 2007 through February, 2008.

5.     Thus, Plaintiff requests an award of attorneys' fees and costs as set forth on the attached billing statements in the total amount of $2,974.00, plus fees and costs incurred by local counsel, William B. Kohn, Esq., in the amount of $890.00, as set forth in the Kohn affidavit filed herewith, for a total of $3,864.00.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

3/4/08
Dated

MARY JEAN FASSETT

PACA Counsel for Plaintiff

2