**EXHIBIT "1"**

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Dawn Arkin
Tuchten, Jack Wholesale Produc
2402 S. Wolcott
Suite 31
Chicago, IL 60608

Statement Date: February 29, 2008
Statement No. 5214
Account No. 246.016
Page: 1

RE: Jerry's Certified

**Payments received after 02/29/2008 are _not_ included on this statement.**

**Previous Balance** $1,791.25

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 02/11/2008 | MJF | Tele conference with client re status; email to local re status; tele conference with Mandolini's counsel re status. | 0.20 | 57.00 |
| | MJF | Tele conference with client re status; email to local re status; tele conference with PACA counsel re status. | 0.20 | 57.00 |
| 02/13/2008 | MJF | Tele conference with client re their desire to pursue prejudgment interest and attorneys fees from defendants; email to local counsel re same. | 0.25 | 71.25 |
| 02/14/2008 | MJF | Prepare prejudgment interest chart in excel; email same to client for review. | 0.40 | 114.00 |
| 02/25/2008 | MJF | Draft default motion | 0.50 | 142.50 |
| 02/26/2008 | MJF | Draft memorandum of law in support of motion for default, default judgment order, affidavit of tuchten in support of default motion, affidavit of counsel in support of default motion re attorneys fees, notice of hearing; email tuchten's affidavit to client for review. | 2.20 | 627.00 |
| 02/27/2008 | MJF | Review and revise default pleadings; prepare exhibits to Arkin Affidavit. | 0.40 | 114.00 |
| | | For Current Services Rendered | 4.15 | 1,182.75 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 4.15 | $285.00 | $1,182.75 |

Total Current Work 1,182.75

Tuchten, Jack Wholesale Produc  
Account No.     246.016  
RE:  Jerry's Certified

Statement Date: 02/29/2008  
Statement No.     5214  
Page No.     2

**Balance Due**  $2,974.00

Please note your account number on your payment.  
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Dawn Arkin
Tuchten, Jack Wholesale Produc
2402 S. Wolcott
Suite 31
Chicago, IL 60608

Statement Date:  February 29, 2008
Statement No.              4914
Account No.              246.016
Page:   1

RE: Jerry's Certified

***Payments received after 02/29/2008 are not included on this statement.***

| | | |
|---|---|---:|
| | **Previous Balance** | $1,764.58 |
| | Expenses | |
| 02/28/2008 | Postage - Federal Express charges 1/08 | 26.67 |
| | Total Expenses | 26.67 |
| | Total Current Work | 26.67 |
| | **Balance Due** | **$1,791.25** |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Dawn Arkin
Tuchten, Jack Wholesale Produc
2402 S. Wolcott
Suite 31
Chicago, IL 60608

Statement Date: January 31, 2008
Statement No. 4551
Account No. 246.016
Page: 1

RE: Jerry's Certified

**Payments received after 01/31/2008 are *not* included on this statement.**

| | | | Hours | |
|---|---|---|---|---|
| | **Previous Balance** | | | $225.00 |
| | | Fees | | |
| 01/10/2008 | LWD | Telephone call with Joe and office conference with MJ regarding filing of complaint. | 0.30 | 90.00 |
| 01/11/2008 | MJF | Draft complaint | 0.50 | 142.50 |
| | MJF | Facsimile to client re need for invoices as exhibits to complaint; email to client re discrepancy between stmt of account and invoices | 0.20 | 57.00 |
| | MJF | Revise complaint based on new statement of account | 0.20 | 57.00 |
| | MJF | Prepare Rule 7.1 statement; entry of appearance for MJF; and entry of appearance for Bill Kohn | 0.30 | 85.50 |
| | MJF | Internet research re corporate history of Jerry's Certified; search for residential address for individual | 0.30 | 85.50 |
| | MJF | Tele conference with local counsel re mandatory electronic filing; email copy of complaint to local counsel for review and revision | 0.20 | 57.00 |
| 01/14/2008 | MJF | Email from/to local counsel re proposed changes to complaint | 0.10 | 28.50 |
| 01/16/2008 | MJF | Review new ECF procedures of Court for filing complaints. | 0.30 | 85.50 |
| | MJF | Emails to/from local counsel re execution of civil cover sheet and filing of initial pleadings. | 0.20 | 57.00 |
| | MJF | Electronically file Complaint with exhibits, Civil Cover sheet, summonses, and attorney appearance forms | 0.60 | 171.00 |
| | MJF | Revise Summons for Jaime Linares; email same to clerk's office | | |

Tuchten, Jack Wholesale Produc  
Account No. 246.016  
RE: Jerry's Certified  

Statement Date: 01/31/2008  
Statement No. 4551  
Page No. 2  

|            |     |                                                                                          | Hours |         |
|------------|-----|------------------------------------------------------------------------------------------|-------|---------|
|            |     | for issuance.                                                                            | 0.30  | 85.50   |
| 01/17/2008 | MJF | Emails and facsimiles to local counsel re home address for Jaime Linares                 | 0.20  | 57.00   |
|            | MJF | Electronically file Rule 7.1 Statement with the Court                                    | 0.20  | 57.00   |
| 01/21/2008 | MJF | Tele conference from PACA counsel re intervening in our suit to assert their trust claim | 0.20  | 57.00   |
|            |     | For Current Services Rendered                                                            | 4.10  | 1,173.00|

### Recapitulation

| Timekeeper         | Hours | Rate     | Total    |
|--------------------|-------|----------|----------|
| Louis W. Diess     | 0.30  | $300.00  | $90.00   |
| Mary Jean Fassett  | 3.80  | 285.00   | 1,083.00 |

### Expenses

| 01/11/2008 | Postage - Federal Express charges 12/07 | 16.58 |
|------------|-----------------------------------------|-------|
|            | Total Expenses                          | 16.58 |

### Advances

| 01/16/2008 | Filing fee for complaint in U.S. District Court | 350.00 |
|------------|-------------------------------------------------|--------|
|            | Total Advances                                  | 350.00 |

Total Current Work  1,539.58

**Balance Due**  $1,764.58

Please note your account number on your payment.  
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Dawn Arkin
Tuchten, Jack Wholesale Produc
2402 S. Wolcott
Suite 31
Chicago, IL 60608

Statement Date: December 31, 2007
Statement No. 4192
Account No. 246.016
Page: 1

RE: Jerry's Certified

**Payments received after 12/31/2007 are not included on this statement.**

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/19/2007 | LWD | Review of documents, discuss information with Joe K. and need for application, and draft, review and transmit demand letter. | 0.75 | 225.00 |
| | | For Current Services Rendered | 0.75 | 225.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Louis W. Diess | 0.75 | $300.00 | $225.00 |

Total Current Work   225.00

**Balance Due**   $225.00

Please note your account number on your payment.
Please call if you have any questions.