UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>JERRY'S CERTIFIED FOOD, INC., et al.<br><br>Defendants. | No. 08 C 351<br><br>Judge Leinenweber |

**AFFIDAVIT OF WILLIAM B. KOHN IN SUPPORT OF PLAINTIFF'S
REQUEST FOR AWARD OF ATTORNEYS' FEES**

William B. Kohn, one of the attorneys for Plaintiff, submits the following fee affidavit in support of Plaintiff's request for an award of attorneys' fees:

1. I was originally admitted to practice in Illinois and before this Court in 1987. I have practiced commercial and other civil litigation continuously since my admission.

2. I am a sole practitioner, and have performed all work noted on the attached billing statement myself. My billing rate is currently $250.00 per hour. I am familiar with the rates charged by other attorneys of similar practice areas and tenure, and believe $250.00 per hour to be a fair and reasonable rate to award attorneys of my experience and tenure for the type of work I performed in this matter.

3. I have reviewed my files and time records for this matter, and confirm that the attached billing statement (**Exhibit A** hereto) is a true and accurate account of my time spent (and to be spent) and expenses incurred in prosecuting this action as local counsel for Plaintiff through the anticipated 3/12/08 presentment of Plaintiff's motion for default judgment.

4.  Thus, Plaintiff requests, *inter alia*, an award of attorneys' fees for all time and expenses shown on my attached billing statement, in the amount of **$890.00**.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

3/3/08
Dated

WILLIAM B. KOHN
Local Counsel for Plaintiff

William B. Kohn
Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, Illinois  60606
312/553-1200
ARDC No. 6196142

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL  60606


Invoice submitted to:
Jack Tuchten Wholesale Produce, Inc.
c/o Louis W. Diess, III
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite 310
Washington DC 20016


March 03, 2008
In Reference To:    Jack Tuchten Wholesale Produce, Inc. v. Jerry's Certified Food, Inc., et al.

Invoice #10085

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/11/2008 WBK | A106 Communicate (with client)<br>Email from/to MJ re: Rule 7.1 statement, etc. | 0.10<br>250.00/hr | 25.00 |
| 1/14/2008 WBK | A104 Review/analyze<br>Review/analyze draft complaint; emails to/from MJ re: same | 0.25<br>250.00/hr | 62.50 |
| 1/16/2008 WBK | A106 Communicate (with client)<br>Emails from/to MJ re: cover sheet, appearance, etc.; tel conf Clerk's office re: same | 0.25<br>250.00/hr | 62.50 |
| 1/17/2008 WBK | A108 Communicate (other external)<br>Tel conf, letter to process server re: service on Defendants; dowload ECF filings, prepare papers for service;  emails to/from MJ re: same, filing status, addresses for service | 0.50<br>250.00/hr | 125.00 |
| 1/21/2008 WBK | A110 Manage data/files<br>Prepare returns of service for electronic filing; emails from/to MJ re: intervention by Mandolini | 0.25<br>250.00/hr | 62.50 |
| 1/24/2008 WBK | A110 Manage data/files<br>Download intervenor filings; emails to/from MJ re: attendance at motion | 0.20<br>250.00/hr | 50.00 |
| 1/29/2008 WBK | A110 Manage data/files<br>Download intervenor filings | 0.10<br>250.00/hr | 25.00 |
| 2/1/2008 WBK | A110 Manage data/files<br>Download order | 0.10<br>250.00/hr | 25.00 |

Jack Tuchten Wholesale Produce, Inc.            Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/8/2008 WBK | A106 Communicate (with client)<br>Emails to/from MJ re: default | 0.10<br>250.00/hr | 25.00 |
| 2/11/2008 WBK | A106 Communicate (with client)<br>Email from MJ re: settlement; download intervenor filings | 0.10<br>250.00/hr | 25.00 |
| 3/3/2008 WBK | A103 Draft/revise<br>Draft/revise affidavit in support of plaintiff's atty fees request; transmit same to MJ for inclusion in default papers | 0.25<br>250.00/hr | 62.50 |
| 3/12/2008 WBK | A109 Appear for/attend<br>(Anticipated) Court apperance on motion for default judgment | 1.00<br>250.00/hr | 250.00 |
|  | For professional services rendered | 3.20 | $800.00 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 1/21/2008 WBK | E107 Delivery services/messengers<br>Process server fee | 2<br>45.00 | 90.00 |
|  | Total additional charges |  | $90.00 |
|  | Total amount of this bill |  | $890.00 |
|  | Balance due |  | $890.00 |