IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK TUCHTEN WHOLESALE PRODUCE, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :Civil No: 08 C 351 |
| | :Judge Leinenweber |
| JERRY'S CERTIFIED FOOD, INC., and | :Mag. Judge Schenkier |
| JAIME LINARES, | : |
| | : |
| Defendants | : |

**NOTICE OF MOTION AND HEARING**

Jerry's Certified Food, Inc.                    Jaime Linares
c/o Daniel H. Brown, Registered Agent           48 Hamilton
53 W. Jackson Blvd., Ste. 703                   Oak Brook, IL 60521
Chicago, IL 60604

    **PLEASE TAKE NOTICE** that on March 4, 2008, the **MOTION FOR ENTRY OF DEFAULT JUDGMENT INSTANTER, MEMORANDUM OF LAW IN SUPPORT, and AFFIDAVITS IN SUPPORT with exhibits** were filed, copies of which were served upon you via overnight delivery.

    **PLEASE TAKE FURTHER NOTICE** that this matter is set to be heard on **Wednesday, March 12, 2008, at 9:30 a.m.** before the Honorable Harry D. Leinenweber at Everett McKinley Dirksen Building, Room 1941, 219 South Dearborn Street, Chicago, IL 60604.

2

Dated this 4th day of March, 2008.                    Respectfully submitted,


      McCARRON & DIESS                              LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                                   By: s/ William B. Kohn
   Mary Jean Fassett, ID#9078552                  William B. Kohn, ARDC #6196142
   4900 Massachusetts Ave., N.W.                  150 N. Wacker Drive
   Suite 310                                      Suite 1400
   Washington, DC 20016                           Chicago, Illinois 60606
   (202) 364-0400                                 (312) 553-1200
   mjf@mccarronlaw.com                            kohn@wbkohnlaw.com
                                                                         Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via overnight delivery this 4th day of March, 2008, to the following:

Jerry's Certified Food, Inc.
c/o Daniel H. Brown, Registered Agent
53 W. Jackson Boulevard, Suite 703
Chicago, Illinois 60604

Jaime Linares
48 Hamilton
Oak Brook, Illinois 60521

                                          s/ Mary Jean Fassett
                                          Mary Jean Fassett