**EXHIBIT "1"**



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | JERRY'S CERTIFIED FOOD, INC. | File Number | 59708805 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 12/15/1997 | State | ILLINOIS |
| Agent Name | DANIEL H BROWN | Agent Change Date | 12/15/1997 |
| Agent Street Address | 53 W JACKSON BLVD STE 703 | President Name & Address | JAIME LINARES 48 HAMILTON OAK BROOK 60521 |
| Agent City | CHICAGO | Secretary Name & Address | JAIME LINARES 48 HAMILTON OAK BROOK 60521 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 11/19/2007 | For Year | 2007 |

**Return to the Search Screen**          **Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE