**EXHIBIT "3"**

| PACA Proof of Claim |
|---|

| Invoice Number | Invoice Date | Payment Due Date | Date Notice Given | Invoice Amount Due | PACA Trust Amount Due | Total Interest | Total Claim through 01/31/08 |
|---|---|---|---|---|---|---|---|
| 58475 | 10/8/2007 | 10/18/2007 | 10/8/2007 | 1,159.00 | $ 1,159.00 | $ 60.18 | $ 1,219.18 |
| 59907 | 10/12/2007 | 10/22/2007 | 10/12/2007 | $ 1,491.00 | $ 1,491.00 | $ 74.47 | $ 1,565.47 |
| 60661 | 10/15/2007 | 10/25/2007 | 10/15/2007 | $ 910.00 | $ 910.00 | $ 44.10 | $ 954.10 |
| 62143 | 10/19/2007 | 10/29/2007 | 10/19/2007 | $ 1,741.50 | $ 1,741.50 | $ 80.95 | $ 1,822.45 |
| 62913 | 10/22/2007 | 11/1/2007 | 10/22/2007 | $ 946.00 | $ 946.00 | $ 42.57 | $ 988.57 |
| 63141 | 10/22/2007 | 11/1/2007 | 10/22/2007 | $ (39.00) | $ (39.00) | $ - | $ (39.00) |
| 63188 | 10/22/2007 | 11/1/2007 | 10/22/2007 | $ (154.00) | $ (154.00) | $ - | $ (154.00) |
| 64442 | 10/26/2007 | 11/5/2007 | 10/26/2007 | $ 1,457.50 | $ 1,457.50 | $ 62.70 | $ 1,520.20 |
| 64552 | 10/26/2007 | 11/5/2007 | 10/26/2007 | $ 175.00 | $ 175.00 | $ 7.53 | $ 182.53 |
| 65176 | 10/29/2007 | 11/8/2007 | 10/29/2007 | $ 1,177.00 | $ 1,177.00 | $ 48.89 | $ 1,225.89 |
| 66648 | 11/2/2007 | 11/12/2007 | 11/2/2007 | $ 1,121.50 | $ 1,121.50 | $ 44.37 | $ 1,165.87 |
| 66656 | 11/2/2007 | 11/12/2007 | 11/2/2007 | $ 148.00 | $ 148.00 | $ 5.85 | $ 153.85 |
| **Subtotal Invoices** | | | | | | | $ 10,133.50 |
| **Subtotal Interest** | | | | | | | $ 471.61 |
| **Attorneys' Fees** | | | | | | | $ - |
| **Total** | | | | | | | **$ 10,605.11** |