MHK

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 351 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Jack Tuchten Wholesale Products vs. Jerry's Certified Food Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Default Judgment against defendants Jerry's Certified Food, Inc. And Jaime Linares, jointly and severally in the total amount of $4,335.61 for failure to appear or answer is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials:  WAP