UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JACK TUCHTEN WHOLESALE PRODUCE, INC.

    Plaintiff

v.

JERRY'S CERTIFIED FOOD, INC., and
JAIME LINARES,

    Defendants

:Civil No: 08 C 351
:Judge Leinenweber
:Mag. Judge Schenkier

## JUDGMENT ORDER

This matter coming before the Court on Plaintiff Jack Tuchten Wholesale Produce, Inc.'s *Motion for Entry of Default Judgment Instanter,* due notice having been given and the Court having reviewed the Motion, the Affidavits and Exhibits submitted in connection therewith, and the Memorandum in Support, and finding them sufficient to support entry of judgment, the Court finding that it has jurisdiction over the parties and the subject matter herein:

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

JUDGMENT is entered in favor of Plaintiff Jack Tuchten Wholesale Produce, Inc., and against Defendants Jerry's Certified Food, Inc. and Jaime Linares, jointly and severally, in the total amount of FOUR THOUSAND, THREE HUNDRED THIRTY-FIVE DOLLARS AND SIXTY-ONE CENTS ($4,335.61), plus post-judgment interest at the statutory rate, and all ongoing costs, expenses and reasonable attorneys' fees Plaintiff may incur in proceedings to enforce and collect upon this Judgment, if any, to be determined by the court presiding over

same. There is no just reason for delay, and the Court expressly directs that this Judgment Order be entered as a final judgment in this matter on the docket of this Court. Case terminated.

3/12/2008
DATE

HON. HARRY D. LEINENWEBER
Judge, United States District Court,
Northern District of Illinois