# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS


JACK TUCHTEN WHOLESALE PRODUCE, INC.          :
                                              :
                Plaintiff                     :
                                              :
        v.                                    :Civil No: 08 C 351
                                              :Judge Leinenweber
JERRY'S CERTIFIED FOOD, INC., and             :Mag. Judge Schenkier
JAIME LINARES,                                :
                                              :
                Defendants                    :

## NOTICE OF SATISFACTION AND RELEASE OF JUDGMENT
## ORDER AND DISMISSAL WITH PREJUDICE

To the Court Clerk:

Plaintiff, Jack Tuchten Wholesale Produce, Inc., hereby acknowledges payment

from Defendants as full and complete satisfaction of the Judgment Order entered in this

case on March 12, 2008, and hereby releases same and requests dismissal of this action as

to all defendants.

Dated this 27th day of June, 2008.          Respectfully submitted,

   McCARRON & DIESS                         LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                       By: s/ William B. Kohn
   Mary Jean Fassett, ID#9078552                 William B. Kohn, ARDC #6196142
   4900 Massachusetts Ave., N.W.                 150 N. Wacker Drive
   Suite 310                                     Suite 1400
   Washington, DC 20016                          Chicago, Illinois 60606
   (202) 364-0400                                (312) 553-1200
    mjf@mccarronlaw.com                          kohn@wbkohnlaw.com
                                                 Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via first-class mail this 27th day of June, 2008, to the following:

Jerry's Certified Food, Inc.
c/o Daniel H. Brown, Registered Agent
53 W. Jackson Boulevard, Suite 703
Chicago, Illinois 60604

Jaime Linares
48 Hamilton
Oak Brook, Illinois 60521

s/ Mary Jean Fassett
Mary Jean Fassett

2